IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ASTEC, INC. ) | |
| ) | No. 3-12-1169 |
| v. ) | |
| ) | |
| STANSTEEL CORPORATION; and ) | |
| CONTRACTORSHEAVEN.COM d/b/a ) | |
| Hot Mix Parts & Accessories ) | |

O R D E R

The defendants' motion to appear pro hac vice (Docket Entry No. 11) is GRANTED.

F. Larkin Fore is hereby admitted to practice in this case on behalf of the defendants.

The Clerk is directed to enter the address and telephone number for F. Larkin Fore as Fore, Miller & Schwartz, First Trust Centre, Suite 700 North, 200 South Fifth Street, Louisville, Kentucky 40202, telephone 502-589-5250.

The parties' agreed motion to re-schedule initial case management conference (Docket Entry No. 12) is GRANTED. The initial case management conference, scheduled on December 31, 2012, is RESCHEDULED to **Wednesday, January 16, 2013, at 4:00 p.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

The stay of discovery, pursuant to Rule 26(d) of the Federal Rules of Civil Procedure, is hereby LIFTED.

Prior to the initial case management conference, counsel for the parties shall meet and confer pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, and shall, to the extent possible, exchange initial disclosures pursuant to Rule 26(a)(1).

Prior to the initial case management conference, counsel for the parties shall also confer and shall prepare a proposed, joint initial case management order, including the parties' respective theories of the case, issues resolved and in dispute, proposed scheduling for the progression of the case, and any other relevant matters provided in Local Rule 16.01(d)(1)(c) and 16.01(d)(2). If the

parties anticipate discovery of electronically stored information, they shall include in the proposed initial case management order the methodology for such discovery.  See Administrative Order No. 174, entered July 9, 2007. If the parties anticipate little, if any, electronic discovery and they believe it is not necessary to be governed by Administrative Order No. 174, they shall so provide in the proposed initial case management order.

Counsel shall e-file the proposed order prior to the initial case management conference.

All counsel appearing at the initial case management conference shall bring with them their calendars and be cognizant of the calendars of any attorneys not appearing at the initial case management conference whose schedules are relevant to the scheduling in this case.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge